**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MANUEL OSMAN NEVAREZ-
CAJIGAS,

Defendant - Appellant.

No. 11-10375

D.C. No. 4:11-cr-00565-CKJ

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Manuel Osman Nevarez-Cajigas appeals from the 13-month-and-one-day

sentence imposed following his guilty-plea conviction for possession with intent to

distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D).  We have

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291, and we reverse and remand for resentencing.

Nevarez-Cajigas contends that the district court procedurally erred by failing to calculate the applicable Sentencing Guidelines range at the outset of the sentencing hearing, and by imposing a "standard" sentence rather than one based upon the 18 U.S.C. § 3553(a) sentencing factors. We conclude that the district court procedurally erred by failing to calculate the Guidelines range, and by failing adequately to consider the § 3553(a) factors. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

Nevarez-Cajigas' motion to file an untimely reply brief is granted.

**REVERSED AND REMANDED.**

11-10375